UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Melisa D. Eddinger　　　　　　　　　　　　　　Docket No. 2:17-MJ-1090-1

## Petition for Action on Probation

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Probation Judgment of Melisa D. Eddinger, who, upon an earlier plea of guilty to OUI - BAC > .08, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 12, 2018, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a result of the defendant's conviction for the instant offense and the requirement that she surrender her driver's license, the defendant must complete a substance abuse treatment program in order to become eligible to have her driving privilege restored by the State of North Carolina. It is recommended that the addition of a condition requiring participation in a substance abuse treatment program be included as a condition of the defendant's probation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Scott Plaster
Jeffrey L. Keller　　　　　　　　　　　　　　　Scott Plaster
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8808
　　　　　　　　　　　　　　　　　　　　　　　Executed On: June 7, 2018

## ORDER OF THE COURT

Considered and ordered this __7__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge